*ford* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Lucius A. Buck* for respondent.

No. 121. KEITHLEY *v.* GROSS ET AL. October 14, 1935. Petition for writ of certiorari to the Appellate Department of the Superior Court in and for the County of Los Angeles, California, denied. *Mr. Edward E. Gann* for petitioner. No appearance for respondents.

No. 122. J. J. & M. TAXMAN REFINING Co., INC. *v.* WICHITA FALLS. October 14, 1935. Petition for writ of certiorari to the Court of Civil Appeals, 2d Supreme Judicial District, of Texas, denied. *Mr. Harry C. Weeks* for petitioner. *Messrs. James T. Montgomery* and *Thomas R. Boone* for respondent.

No. 123. FEIFFER *v.* MANN ET AL. October 14, 1935. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Robert E. Lynch* for petitioner. *Messrs. Walter C. Clephane, J. Wilmer Latimer,* and *Gilbert L. Hall* for respondents.

No. 126. MOUNT VERNON TRUST Co. *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. F. Morse Hubbard* and *Barham R. Gary* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. David*